UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

1. Montez Eugene Brown
   a/k/a Tez Blood, et al,

    Defendants.

Case No. 23-cr-160 (NEB/JFD)

**UNITED STATES' SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

The United States Attorney's Office for the District of Minnesota, by and through Andrew M. Luger, United States Attorney, and Craig R. Baune, Assistant United States Attorney, files the following Bill of Particulars.

Upon conviction of Count 1 of the Indictment, the Superseding Indictment, or the Second Superseding Indictment, all Defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1963:

   a. Any interest acquired or maintained in violation section 1962;

   b. Any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the defendant[s] established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962; and

   c. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, from racketeering activity or unlawful debt collection in violation of 1962.

Upon conviction of any of Count of the Indictment, the Superseding Indictment or Second Superseding Indictment, the Defendants shall forfeit to the

United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in any such Counts, including, but not limited to:

a. Smith and Wesson, model 29, .44 caliber, revolver, bearing serial number AVB2297;
b. Smith and Wesson, model SW99, 9mm, semi-automatic handgun, bearing serial number SAA2290;
c. Smith and Wesson, model SW9VE, 9mm, semi-automatic handgun, bearing serial number DSJ2859;
d. Smith and Wesson, model M&P 9 Shield, 9mm, semi-automatic handgun, bearing serial number LEL3066;
e. Smith and Wesson, model M&P, 9mm, semi-automatic handgun, bearing serial number DSR7268;
f. Smith and Wesson, model SD9VE, 9mm, semi-automatic handgun, bearing serial number FYC1865;
g. Smith and Wesson, model SW40VE, .40 caliber, semi-automatic handgun, bearing serial number PBU8474;
h. Smith and Wesson, model SW9VE, 9mm, semi-automatic handgun, bearing serial number HEZ4136;
i. Smith and Wesson, model SD40VE, .40 caliber, semi-automatic handgun, with an unknown serial number;
j. Smith and Wesson, model SW1911, .45 caliber, semi-automatic pistol, bearing serial number PAT0104;
k. Smith and Wesson, model M&P 15, .556 caliber, semi-automatic pistol, serial number TS89105;
l. Alex Pro Firearms, unknown model, .223 caliber, semi-automatic rifle, bearing serial number H015708;
m. Sig-Sauer, model P365-380 Rose, .380 caliber, semi-automatic handgun, bearing serial number 66F582303;
n. Browning, model Hi-Power, 9mm, semi-automatic handgun, bearing serial number 245PZ67644;
o. Walther, model PK380, .380 caliber, semi-automatic handgun, bearing serial number WB006369;
p. Stoeger, model STR-9, 9mm, semi-automatic handgun, bearing serial number T642-19U05733;
q. Glock, model 19, 9mm, semi-automatic handgun, bearing serial number BDCA796;

r. Glock, model 17, 9mm, semi-automatic handgun, bearing serial number MGS330;
s. Glock, model 19, 9mm, semi-automatic handgun, bearing serial number YCS615;
t. Glock, model 19, 9mm, semi-automatic handgun, bearing serial number ACLF942;
u. Glock, model 26, 9mm, semi-automatic handgun, bearing serial number BGXF277;
v. Glock, model 43X, 9mm, semi-automatic handgun, bearing serial number BNPG604;
w. Glock, model 22, .40 caliber, semi-automatic handgun, bearing serial number UFA880;
x. Glock, model 34, 9mm, semi-automatic handgun, bearing serial number BPPV706;
y. Glock, unknown model, .40 caliber, semi-automatic handgun, bearing serial number CGY056;
z. Glock, model 22, .40 caliber, semi-automatic handgun, bearing serial number BBL721US;
aa. Glock, model 22, ,40 caliber, semi-automatic handgun, bearing serial number KNT088;
bb. Glock, model 27, .40 caliber, semi-automatic handgun, bearing serial number BPCG044;
cc. Glock, model 19, 9mm, semi-automatic handgun, serial number BDLM782;
dd. Glock, model 17, 9mm, semi-automatic handgun, bearing serial number ADFU298;
ee. Glock, model 20, 10mm, semi-automatic handgun, bearing serial number BWTC420;
ff. Glock, model 23, .40 caliber, semi-automatic handgun, bearing serial number SHV839;
gg. Glock, model 23, .40 caliber, semi-automatic handgun, serial number NFL035;
hh. Glock, model 22, .40 caliber, semi-automatic pistol, bearing serial number HNU581;
ii. Glock, model 22, .40 caliber, semi-automatic pistol, bearing serial number YMA533;
jj. Glock, model 42, .380 caliber, semi-automatic handgun, bearing serial number ADWU454
kk. Glock, model 17, 9mm, semi-automatic handgun, bearing serial number LDS462

ll. Glock, model 19, 9mm, semi-automatic firearm, bearing serial number BKFF958

mm. Glock, model 17, 9mm, semi-automatic handgun, bearing serial number RAN024;

nn. SCCY, model CPX-1, 9mm, semi-automatic handgun, bearing serial number 538983;

oo. SCCY, model CPX-2, 9mm, semi-automatic handgun, bearing serial number 346179;

pp. Ruger, model LCP, .380 caliber, semi-automatic handgun, bearing serial number 372252985;

qq. Ruger, model LCP, .380 caliber, semi-automatic handgun, bearing serial number 371956361;

rr. HS Produkt, model XDM Elite, 9mm, semi-automatic handgun, bearing serial number BA192302;

ss. HS Produkt, model XD40, .40 caliber, semi-automatic handgun, serial number XD384067;

tt. HS Produkt, XDS. 9mm, semi-automatic handgun, bearing serial number S4920075;

uu. American Tactical, Omni Hybrid, multi-caliber, semi-automatic pistol, with an obliterated serial number;

vv. Taurus, model G2C, 9mm, semi-automatic handgun, bearing serial number ABC426248;

ww. Taurus, model 85 Ultralite, .38 caliber, revolver, bearing serial number AY96846;

xx. Remington, model RP9, 9mm, semi-automatic handgun, bearing serial number RP010347H;

yy. Remington Arms, model 870 Express Magnum, 12 gauge, shotgun, bearing serial number B305265M;

zz. Palmetto State Armory, model PSAR, .223 caliber, semi-automatic rifle, bearing serial number PA066430;

aaa. FNH, model 503, 9mm, semi-automatic handgun, bearing serial number CV017926;

bbb. Tisas, model American Tactical MS380, .380 caliber, semi-automatic handgun, bearing serial number T0620-12J00029;

ccc. Mossberg shotgun, unknown model, unknown caliber, with an unknown serial number;

ddd. a Glock, model 19, 9mm pistol with an obliterated serial number and high-capacity magazine; and

eee. all ammunition and accessories seized therewith.

Upon conviction of any of Counts 3 and 9-10 of the Indictment, Superseding Indictment or Second Superseding Indictment, the Defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said violations, including, but not limited to:

a. $5,000.00 in U.S. Currency;
b. $11,000.00 in U.S. Currency;
c. $1,657.00 in U.S. Currency;
d. $3,600.00 in U.S. Currency;
e. $28,433.22 in U.S. Currency seized on May 31, 2022;
f. $2,728.00 in U.S. Currency seized on April 4, 2023; and
g. $5,931.00 in U.S. Currency seized on April 4, 2023.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in 21 U.S.C. § 853(p), as incorporated by Title 18, United States Code, Section 1963(m) and Title 28, United States Code, Section 2461(c).

ANDREW M. LUGER
Dated: 6/20/2024          United States Attorney

 *s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727