# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| CARLOS SERRANO, aka Nogoodlos and Los, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 23-cr-160 (39) (NEB/JFD) |
| Date: | October 8, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 3:00 p.m. |
| Time in Court: | 1 hour |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Michael Bernays, Retained Attorney

☒ **Sentencing.**
☒ **Objections to the PSR were reviewed and ruled on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 108 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Count 3ss of the Third Superseding Indictment is dismissed.
☒ Sealed and restricted filings at ECF 2348-2349 and 2356 shall remain sealed or restricted for 25 years (10/8/50)
☒ Defendant is remanded to the custody of the USM.

Date: October 8, 2025

                                                                                       s/Kristine Wegner
                                                                              Courtroom Deputy to Judge Nancy E. Brasel